

**BRYAN CAVE LLP**
Jonathan G. Fetterly, California Bar No. 228612
Alexandra C. Whitworth, California Bar No. 303046
560 Mission Street, 25th Floor
San Francisco, CA  94105-2994
Telephone:     (415) 675-3400
Facsimile:      (415) 675-3434
E-Mail:     jon.fetterly@bryancave.com
            alex.whitworth@bryancave.com

Attorneys for Defendant
U.S. BANCORP



# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| JOSEPH YOUNG,<br><br>                    Plaintiff,<br><br>          v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX, INC.; U.S. BANCORP; CALIFORNIA SERVICE BUREAU, INC.; AFNI, INC.; and DOES 1 through 100, inclusive,<br><br>                    Defendants. | Case No. 5:15-CV-5121 EJD<br><br>**JOINT STIPULATION TO EXTEND DEFENDANT U.S. BANCORP'S TIME TO RESPOND TO COMPLAINT**<br><br>**[Local Rule 6-1]**<br><br>Hon. Edward J. Davila<br><br>Complaint Filed:     November 9, 2015<br>Trial Date:          Not Assigned |

269692.1\C073627\0313644

JOINT STIPULATION

Plaintiff Joseph Young ("Plaintiff"), and Defendant U.S. Bancorp ("Defendant"), by and through their counsel of record, hereby stipulate and agree as follows:

1. On November 9, 2015, Plaintiff filed this lawsuit against Defendant and others;

2. Plaintiff served Defendant with the Complaint on December 8, 2015;

3. The parties hereby stipulate and agree that Defendant's time to respond shall be extended thirty days;

4. Defendant's response to the Complaint shall be due **January 28, 2015**;

**IT IS SO STIPULATED.**

Dated: January 12, 2016            **SAGARIA LAW, P.C.**


By:  /s/ Elliot Gale
         Elliot Gale
Attorneys for Plaintiff Joseph Young


Dated: January 12, 2016            **BRYAN CAVE LLP**


By:  /s/ Alexandra C. Whitworth
         Alexandra C. Whitworth
Attorneys for Defendant U.S. Bancorp


Pursuant to Civil L.R. 5-1, the filer of this document attests under penalty of perjury that concurrence in this filing has been obtained from the other signatory.

269692.1\C073627\0313644

1

JOINT STIPULATION