Scott Sagaria (State Bar No.217981)
Elliot Gale (State Bar No. 263326)
Joe Angelo (State Bar No. 268542)
SAGARIA LAW, P.C.
2033 Gateway Place, 5th Floor
San Jose, California 95110
Telephone: (408) 279-2288
Facsimile: (408) 279-2299

Attorneys for Plaintiff

IT IS SO ORDERED
Judge Edward J. Davila
DATED: 2/24/2016

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA — SAN JOSE DIVISION

| | |
|---|---|
| JOSEPH YOUNG,<br><br>             Plaintiff,<br><br>      vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; et. al.,<br><br>             Defendants. | Federal Case No.: 5:15-CV-05121-EJD<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT CALIFORNIA SERVICE BUREAU, INC. PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)(1)** |

**PLEASE TAKE NOTICE** that Plaintiff Joseph Young, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses Defendant California Service Bureau, Inc. as to all claims in this action.

Federal Rule of Civil Procedure 41(a)(1) provides, in relevant part:

41(a) Voluntary Dismissal

(1) By the Plaintiff

  (a) Without a Court Order. Subject to Rules 23(3), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

1         (1) a notice of dismissal before the opposing party serves either an answer
2         or a motion for summary judgment.
3     Defendant California Service Bureau has neither answered Plaintiff's Complaint, nor filed
4 a motion for summary judgment. Accordingly, the matter may be dismissed against it for all
5 purposes and without an Order of the Court.

7 Dated: February 22, 2016         Sagaria Law, P.C.

        By:   */s/ Elliot W. Gale*
            Elliot W. Gale
        Attorneys for Plaintiff
        Joseph Young

PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT CALIFORNIA SERVICE BUREAU, INC.