1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

JOSEPH YOUNG,

              Plaintiff,

      v.

AFNI, INC.,

              Defendant.

Case No.  5:15-cv-05121-EJD

**ORDER TO SHOW CAUSE**

On May 12, 2016, the court issued an order requiring Plaintiff and Defendant AFNI, Inc. to meet and confer in order to reach an agreement on an ADR process and file, within 10 days, either (1) the form entitled "Stipulation and (Proposed) Order Selecting ADR Process" if an agreement is reached on one form of ADR, or (2) the form entitled "Notice of Need of ADR Phone Conference."  Dkt. No. 42.  As of the date and time this was order was filed, the parties have not complied and the time for compliance has expired.

Accordingly, the parties are ordered to appear before the Honorable Edward J. Davila on **June 2, 2016, at 10:00 a.m.** in Courtroom No. 1, 5th Floor, United States District Court, 280 S. First Street, San Jose, California, 95113, to show cause why the court should not impose any and all appropriate sanctions, including monetary sanctions or dismissal of this action, on the parties, or any of them, for willful disobedience of a court order.

The parties may file a response to this order demonstrating good cause why sanctions

should not be imposed on or before **May 27, 2016.**  In doing so, however, they must (1) explain their failure to comply with the original deadline to file one of the ADR forms, and (2) must also file one of the forms contemplated by the May 12th Order.

   **IT IS SO ORDERED.**

Dated:  May 24, 2016



EDWARD J. DAVILA
United States District Judge

United States District Court
Northern District of California

Case No.: 5:15-cv-05121-EJD
ORDER TO SHOW CAUSE

2