UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| JOSEPH YOUNG, | Case No. 5:15-cv-05121-EJD |
|---|---|
| Plaintiff, | |
| v. | **ORDER DISCHARGING ORDER TO SHOW CAUSE** |
| AFNI, INC., | |
| Defendant. | |

On May 24, 2016, the court issued an order requiring Plaintiff and Defendant AFNI, Inc. to show cause why sanctions should not be imposed after they failed to timely file one of the forms addressing ADR. Dkt. No. 43. In light of the stipulation filed on May 25, 2016 (Dkt. No. 44), the Order to Show Cause is DISCHARGED and the hearing scheduled for June 2, 2016, is VACATED. The motion to appear by telephone (Dkt. No. 46) is terminated as moot.

**IT IS SO ORDERED.**

Dated: May 27, 2016



EDWARD J. DAVILA
United States District Judge

1
Case No.: 5:15-cv-05121-EJD
ORDER DISCHARGING ORDER TO SHOW CAUSE